# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JESSE BROWN GRAVES,<br>    Movant,<br><br>v.<br><br>UNITED STATES,<br>    Respondent. | CIVIL ACTION NO.<br>1:13-CV-2356-WBH<br><br>CRIMINAL ACTION NO.<br>1:00-CR-0749 |

## ORDER

This matter is before the Court for consideration of the Report and Recommendation (R&R), [Doc. 181], in which the Magistrate Judge recommends that the instant 28 U.S.C. § 2255 motion to vacate, [Doc. 172], be denied as untimely. In the absence of objection from Movant, this Court concludes that the Magistrate Judge's findings and conclusions are correct.

Accordingly, this Court **ADOPTS** the R&R as the Order of this Court. The motion to vacate is **DENIED**, a certificate of probable cause to appeal is **DENIED**, and the Clerk is **DIRECTED** to enter judgment in favor of Respondent and to close the civil action.

IT IS SO ORDERED, this 26 day of August, 2014.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)